# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

PAMELA A. BATSON,  )
    Plaintiff,  )
    )
v.  )
    )
    )    **JUDGMENT**
CAROLYN W. COLVIN,  )    **CASE NO. 7:12-CV-37-D**
*Acting Commissioner of Social Security*,  )
    Defendant.  )

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court adopts the conclusions in the Memorandum and Recommendations [D.E. 30]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 24] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 27] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MAY 29, 2013,** WITH A COPY TO:

Charlotte Williams Hall  (via CM/ECF electronic notification)
Michael A. Haar  (via CM/ECF electronic notification)

|  |  |
|---|---|
|  | JULIE A. RICHARDS, Clerk |
| May 29, 2013 |  |
| Date | Eastern District of North Carolina |
|  |  |
|  | /s/Debby Sawyer |
|  | (By) Deputy Clerk |

Raleigh, North Carolina